IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-32928-H5-13 |
| Christopher Johnson | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## DEBTOR'S RESPONSE TO TRUSTEE'S AMENDED MOTION TO DISMISS AND REQUEST FOR HEARING

Christopher Johnson opposes the Trustee's Motion to Dismiss filed on or about October 3, 2025.

Debtor will show the Court that he will provide a copy of his 2022-2024 tax returns to the Chapter 13 Trustee.

Debtor will show the Court that he intends to get current on payments to the Chapter 13 Trustee.

Debtor requests that the Trustee's Motion to Dismiss be DENIED.

Respectfully submitted,

KEELING GUTIERREZ

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
Iridyan Lopez; TBN 24124994
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3058
legal@keelinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties electronically or by U.S. First Class Mail on October 7, 2025.

| | | |
|---|---|---|
| United States Trustee | Tiffany D. Castro | Christopher Johnson |
| 515 Rusk, Suite 3516 | 1220 Augusta Dr. Ste. 500 | 2903 Verde Valley Dr |
| Houston, TX 77002 | Houston, Texas 77057 | Manvel, TX 77578-3695 |

/s/Kenneth A. Keeling
KENNETH A. KEELING